<u>**UNITED STATES DISTRICT COURT**</u>
<u>**DISTRICT OF CONNECTICUT**</u>

```
-------------------------------------------------x
                                                 |
ALEXANDER ADORNO                                 |   DOCKET NO. 3:21-cv-00308-RNC
      Plaintiff                                  |
                                                 |
VS.                                              |
                                                 |
KING DAVID LOGISTICS, LLC  and                   |   March 27, 2023
DAVID WILLIAMS                                   |
      Defendants                                 |
-------------------------------------------------x
```

<u>**STIPULATION OF DISMISSAL**</u>

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record that, whereas no party hereto is an infant or incompetent person for whom a commitment has been appointed and no person not a party has an interest in this matter, the above-entitled action shall be discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice to the Clerk of the Court.

| | |
|---|---|
| THE PLAINTIFF<br>ALEXANDER ADORNO | DEFENDANTS<br>KING DAVID LOGISTICS, LLC<br>DAVID WILLIAMS |
| BY: ⎵⎵/s/ *Michael J. Reilly*⎵⎵⎵⎵⎵<br>Michael J. Reilly (ct28651)<br>CICCHIELLO & CICCHIELLO, LLP<br>364 Franklin Avenue<br>Hartford, CT 06114<br>Phone:  860-296-3457<br>Fax:  860-296-0676<br>Email:  mreilly@cicchielloesq.com | BY: /s/ Jeremy S. Donnelly⎵⎵⎵⎵⎵<br>Jeremy S. Donnelly (ct27000)<br>Donnelly Phillips, LLC<br>71 Raymond Road<br>West Hartford, CT 06107<br>Phone: 860-414-3700<br>Fax:  860-414-3700<br>Email: Jeremy@DonnellyPhillips.com |